IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CALVIN JOHNSON,

   Petitioner,

v.             Case No. 5D14-2104

STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed July 18, 2014

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, and Erin
Hyde, Assistant Public Defender, Orlando,
for Petitioner.

Pamela Jo Bondi, Attorney General
Tallahassee, and Wesley Heidt, Assistant
Attorney General, Daytona Beach, for
Respondent.


PER CURIAM.

   The petition for belated appeal is granted. A copy of this opinion shall be filed with

the trial court and be treated as the notice of appeal from the judgment and sentence in

case no. CF13-12602-A, Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

   PETITION GRANTED.


LAWSON, EVANDER, and BERGER, JJ., concur.